**Luis DOMINGUEZ–CRUZ,
Petitioner–Appellant,**

v.

**D.L. RUNNELS, Warden, Respondent–
Appellee.**

No. 05–16865.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 12, 2006.

Luis Dominguez–Cruz, Susanville, CA,
for Petitioner–Appellant.

Dane R. Gillette, Esq., AGCA–Office of
the California Attorney General, San
Francisco, CA, for Respondent–Appellee.

Before: GOODWIN, LEAVY and
FISHER, Circuit Judges.

MEMORANDUM **

California state prisoner Luis Domin-
guez–Cruz appeals pro se from the district
court's judgment denying his 28 U.S.C.
§ 2254 petition. We have jurisdiction pur-
suant to 28 U.S.C. § 2253, and we affirm.

Dominguez–Cruz contends that his
rights to due process, to a fair trial and to
cross-examine a witness were violated due
to his accomplice's plea agreement. We
conclude that the agreement did not vio-
late Dominguez–Cruz's rights. *See Allen
v. Woodford,* 395 F.3d 979, 995 (9th Cir.
2005). Accordingly, the state court's deci-
sion was not contrary to or an unreason-
able application of clearly established fed-
eral law. *See* 28 U.S.C. § 2254(d).

Dominguez–Cruz's request to broaden
the certificate of appealability is denied.
*See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,*
195 F.3d 1098, 1104–05 (9th Cir.1999) (per
curiam).

**AFFIRMED.**

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
9th Cir. R. 36–3.

